No. 98–148. AUBIN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–150. ADAPTIVE POWER SOLUTIONS, LLC v. HUGHES MISSILE SYSTEMS CO. ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–151. RAGAN v. COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied.

No. 98–152. HOCKENBARGER v. KANSAS. Ct. App. Kan. Certiorari denied.

No. 98–156. MORRIS v. COOPER STEVEDORING CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 98–157. ADSANI v. MILLER ET AL. C. A. 2d Cir. Certiorari denied.

No. 98–159. BERG v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–160. SKINNER v. UNITED STATES RAILROAD RETIREMENT BOARD. C. A. 11th Cir. Certiorari denied.

No. 98–164. BRANDT v. KING COUNTY DISTRICT COURT, SHORELINE DIVISION. C. A. 9th Cir. Certiorari denied.

No. 98–165. CAIN, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATES OF THOMPSON ET AL., DECEASED v. CITY OF TACOMA ET AL. Ct. App. Wash. Certiorari denied.

No. 98–166. MICHAELS v. WASHINGTON COUNTY CHILDREN SERVICES BOARD. Ct. App. Ohio, Washington County. Certiorari denied.

No. 98–168. KAHN v. GENERAL MOTORS CORP. C. A. Fed. Cir. Certiorari denied.

No. 98–169. FROST ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.